**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Celeste Marroquin and Ricardo Perez, Defendants,

Of whom Celeste Marroquin is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2018-002037

_____

Appeal From Greenville County
Tarita A. Dunbar, Family Court Judge

_____

Unpublished Opinion No. 2019-UP-124
Submitted March 21, 2019 – Filed March 27, 2019

_____

**AFFIRMED**

_____

Kimberly Yancey Brooks, of Kimberly Y. Brooks,
Attorney at Law, of Greenville, for Appellant.

Jonathan Ashley Neal, of the South Carolina Department
of Social Services, of Greenville, for Respondent.

Don J. Stevenson, of Don J. Stevenson, Attorney at Law, of Greenville, for the Guardian ad Litem.

---

**PER CURIAM:**  Celeste Marroquin appeals the family court's final order removing her minor child and allowing the South Carolina Department of Social Services to forego offering her further services.  *See* S.C. Code Ann. § 63-7-1640(C) (Supp. 2018).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Marroquin's counsel.

**AFFIRMED.**[1]

**HUFF, THOMAS, and KONDUROS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.